IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, | |
| Petitioner, | CIVIL ACTION NO.: 6:20-cv-112 |
| v. | |
| GDC COMMISSIONER and WARDEN TREVONZA BOBBITT, | |
| Respondents. | |

**O R D E R**

After a careful and de novo review of the entire record, the Court concurs with the Magistrate Judge's January 7, 2021 Report and Recommendation, to which Petitioner filed Objections, (doc. 13). The Court finds Petitioner's Objections unavailing and **OVERRULES** them. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 11), as the opinion of the Court and **DISMISSES** Petitioner's 28 U.S.C. § 2241 petition without prejudice. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 5th day of February, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA