AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANIEL ERIC COBBLE,

Petitioner,

v.

GDC COMMISSIONER and
WARDEN TREVONZA BOBBITT,

Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:20-cv-112

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated February 5, 2021, the U.S. Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of this court. The Petitioner's 28 U.S.C. § 2241 petition is DISMISSED without prejudice. Petitioner is denied a Certificate of Appealability. This case stands closed.

Approved by: _____

February 16, 2021
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020